IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

K&S ASSOCIATES, INC.,

Plaintiff,

v.                                              No. 11-cv-598-DRH

EDWARDSVILLE COMMUNITY
UNIT SCHOOL DISTRICT No. 7,

Defendant.

### ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court for case management. The record reflects that plaintiff has not filed the required Federal Rule of Civil Procedure 7.1 disclosure statement. Thus, the Court ORDERS plaintiff to file its disclosure statement on or before September 29, 2011.

**IT IS SO ORDERED.**

Signed this 22nd day of September, 2011.

Digitally signed by David R. Herndon
Date: 2011.09.22 10:17:26 -05'00'

Chief Judge
United States District Court